**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7629**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PEDRO NUNEZ-RODRIGUEZ, a/k/a Raphael Diaz,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District Judge.  (CR-98-121, CA-01-211-1)

_____

Submitted:  January 18, 2002      Decided:  February 21, 2002

_____

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Pedro Nunez-Rodriguez, Appellant Pro Se.  Robert Edward Bradenham, II, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Pedro Nunez-Rodriguez appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. We decline to review Nunez-Rodriguez's claims raised for the first time on appeal. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). We deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Nunez-Rodriguez, Nos. CR-98-121; CA-01-211-1 (E.D. Va. July 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2